Vera DRAGICEVICH, Plaintiff–
Appellant,

v.

J.P. MORGAN CHASE BANK, N.A., in-
dividually and as successor by merger
to Chase Home Finance LLC; Cali-
fornia Reconveyance Company, Defen-
dants–Appellees.

Vera Dragicevich, Plaintiff–Appellant,

v.

J.P. Morgan Chase Bank, N.A., individu-
ally and as successor by merger to
Chase Home Finance LLC; California
Reconveyance Company, Defendants–
Appellees.

Nos. 13–56568, 14–55177.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 5, 2015.

Filed Nov. 19, 2015.

Keith A. Robinson, Attorney at Law,
Woodland Hills, CA, for Plaintiff–Appel-
lant.

Michael Scott French, Wargo & French
LLP, Atlanta, GA, Paul A. Turbow, Es-
quire, Wargo & French LLP, Los Angeles,
CA, Glenn J. Plattner, Esquire, Andrea
Nieves Winternitz, Bryan Cave LLP, San-
ta Monica, CA, for Defendants–Appellees.

---

* The Honorable Wiley Y. Daniel, Senior Dis-
trict Judge for the U.S. District Court for
Colorado, sitting by designation.

Before: GRABER and GOULD, Circuit
Judges and DANIEL,* Senior District
Judge.

MEMORANDUM **

Plaintiff appeals the district court's en-
try of summary judgment in favor of JP
Morgan Chase Bank and the district
court's denial of her motion to extend time
to file an appeal. We dismiss the merits
appeal as untimely filed, and we affirm the
district court's denial of Plaintiff's Federal
Rule of Appellate Procedure 4(a)(5) order.
We also dissolve the October 30, 2015 in-
junction.

1. In No. 13–56568, which is the appeal
of the summary judgment, we dismiss the
appeal as untimely filed. The docket sheet
for this matter shows that the notice of
appeal was "filed" (as well as entered on
the docket) on "09/06/2013," even though
the document was dated September 3,
2013. A timely notice of appeal is manda-
tory and jurisdictional. *Bowles v. Russell,*
551 U.S. 205, 214, 127 S.Ct. 2360, 168
L.Ed.2d 96 (2007).

2. In No. 14–55177, which is the appeal
from the district court's denial of Plaintiff's
Rule 4(a)(5) motion, we affirm. We review
a district court's denial of a motion to
extend time to file an appeal, as well as the
application of its own local rules, for abuse
of discretion. *Prof'l Programs Grp. v.
Dep't of Commerce,* 29 F.3d 1349, 1353
(9th Cir.1994); *Oregon v. Champion Int'l
Corp.,* 680 F.2d 1300, 1301 (9th Cir.1982)
(per curiam). The district court permissi-
bly relied on the court's strict requirement
that parties adhere to Central District of
California Rule 7–3; Plaintiff admittedly
did not comply with this Rule.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

3. This court issued an injunction on October 30, 2015, enjoining Defendants from selling the property at issue in this case, pending oral argument and further order from this court. Because we deny relief in this case, we hereby ORDER that the injunction be dissolved.

Appeal in No. 13–56568 DISMISSED; in No. 14–55177 AFFIRMED; injunction DISSOLVED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.